United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUSAN C. HEIM, *Plaintiff*, <br><br> v. <br><br> HARLOE DISASTERS, LLC D/B/A SERVPRO OF OCONEE/SOUTH ANDERSON COUNTIES AND WILSON STORM TEAM, LLC, *Defendants*. | § <br> § <br> § <br> § CIVIL ACTION NO. 4:22-cv-1526 <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 25, 2022 (ECF 39) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is **FURTHER ORDERED** that Plaintiff's Motion to Remand (ECF 14) is **GRANTED** and this case is **REMANDED** to the 80th Judicial District Court of Harris County, Texas.

It is **FURTHER ORDERED** that MWJI, Inc.'s Motion to Dismiss for Failure to State a Claim (ECF 3) and Alacrity Adjusting Solutions, LLC's Deny Plaintiff's Claim for Attorney for Attorney's Fees (ECF 19) are **DENIED** without prejudice due to lack of subject matter jurisdiction.

**SIGNED** at Houston, Texas this 17th day of November, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE